[No. 10852-0-III.  Division Three.  June 18, 1991.]

ROBERT P. COULTER, *Respondent,* v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 89-2-04489-1, Michael E. Donohue, J., entered May 4, 1990. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, A.C.J., and Thompson, J.

[No. 10156-8-III.  Division Three.  June 18, 1991.]

THE STATE OF WASHINGTON, *Appellant,* v. DENNIS
RAY BRETZ, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 88-1-01592-4, Heather Van Nuys, J., entered August 1, 1989. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

[No. 10704-3-III.  Division Three.  June 20, 1991.]

ROBERT B. GOEBEL, *Respondent,* v. ACOUSTICAL
SPRAY AND FIREPROOFING, INC., *Defendant,*
TRUCK INSURANCE EXCHANGE,
*Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 82-2-03281-3, Robert D. Austin, J., entered March 30, 1990. *Affirmed in part* and *remanded* by unpublished opinion per Green, C.J., concurred in by Munson, J., and McInturff, J. Pro Tem.